UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA

        Plaintiff,

                                Case No: 20-CR-20077

vs.

CRAIG HILBORN,

        Defendant.
_____/

### ORDER GRANTING UNOPPOSED MOTION FOR EARLY TERMINATION OF SUPERVISED RELEASE

On December 30, 2020 Defendant filed a pro se "Unopposed Motion for Early Termination of Supervised Release" in the above matter. (ECF No. 5.) The government filed a response on January 6, 2021. (ECF No. 7.) It does not object to the relief sought. The Court has reviewed the motion and has determined that an early termination of supervised release should be granted, therefore,

**IT IS ORDERED** that the Defendant's "Unopposed Motion for Early Termination Supervised Release" is **GRANTED,**

IT IS SO ORDERED.

                                              S/Robert H. Cleland
                                              ROBERT H. CLELAND
                                              UNITED STATES DISTRICT JUDGE

Dated:  January 21, 2021

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, January 21, 2021, by electronic and/or ordinary mail.

 S/Lisa Wagner
Case Manager and Deputy Clerk
(810) 292-6522